

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2021

No. 04-20-00610-CV

**GILTNER LOGISTICS SERVICES INC.**,
Appellant

v.

Jesus **RODRIGUEZ**, Jr, Individually and on behalf of the Estate of Jesus Rodriguez III,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVA001731D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Appellant Giltner Logistics Services Inc. and appellee Jesus Rodriguez, Jr., Individually and on Behalf of the Estate of Jesus Rodriguez III filed a "Joint Motion Pursuant to Settlement" requesting that this court abate this appeal while the parties finalize a settlement agreement. After consideration, we **GRANT** the parties' joint motion and abate the appeal pending the entry of an agreed order of dismissal by the trial court. We further **ORDER** the parties to file either a status update or a motion to dismiss **by May 19, 2021.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court